[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 22, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-13025

_____

D. C. Docket No. 02-00586-CR-8-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS ALVEAR URIBE,
a.k.a. Primazo,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(December 22, 2006)**

Before DUBINA and WILSON, Circuit Judges, and HODGES,* District Judge.

PER CURIAM:

_____

* Honorable Wm. Terrell Hodges, United States District Judge for the Middle District of
Florida, sitting by designation.

Defendant/Appellant Jesus Alvear Uribe ("Uribe") appeals his conviction and sentence for conspiracy to possess cocaine and methamphetamine with the intent to distribute, in violation of 21 U.S.C. §§ 841(b)(1)(A)(ii), 841(b)(1)(A)(vii), 846, and possession of methamphetamine with the intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) and 18 U.S.C. § 2. There are three issues on appeal: (1) whether the district court committed plain error in admitting into evidence government-produced English transcripts of Spanish telephone conversations containing handwritten notations identifying Uribe as a speaker in violation of *Crawford v. Washington*, 541 U.S. 36, 124 S. Ct. 1354, 158 L. Ed. 2d 177 (2004); (2) whether the district court abused its discretion in denying Uribe's motion for a mistrial when a witness for the government stated on direct examination that he was reluctant to testify because he feared that someone would harm his family; and (3) whether the district court erred in attributing to Uribe for sentencing purposes a quantity of drugs seized at a location where Uribe was never seen.

After carefully considering the briefs, reviewing the record on appeal, and hearing oral argument, we find no error on the part of the district court as to any of these issues. Accordingly, we affirm Uribe's conviction and sentence.

**AFFIRMED**.